NO. 07-07-0272-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 19, 2007

_____

D'AMBRA STEEL SERVICES, INC., D'AMBRA CONSTRUCTION
CORPORATION, MICHELLE D'AMBRA, INDIVIDUALLY, AND
ANTHONY D'AMBRA, JR., INDIVIDUALLY, APPELLANTS

V.

ALAMO IRON WORKS, INC., APPELLEE

_____

FROM THE 224TH DISTRICT COURT OF BEXAR COUNTY;

NO. 2004-CI-03909; HONORABLE KAREN H. POZZA, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is the parties' *Agreed Motion to Dismiss Appeal* by which

they represent they have reached an agreement to settle and compromise their differences

in the referenced appeal.

Without passing on the merits of the case, pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure, we grant the motion. As requested by all parties, the appeal is dismissed with prejudice and costs on appeal are taxed against Appellants, D'Ambra Steel Services, Inc., D'Ambra Construction Corporation, Michelle D'Ambra, Individually, and Anthony D'Ambra, Jr., Individually. Having dismissed the appeal at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice